UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEWRY BALBI CASTILLO, et al.,
                     Plaintiffs,

                                                                    22 civ 10897 (JGK)

      -against-

LSA TRUCKING, INC., et al.,
                     Defendants.
------------------------------------------------------------X

## ORDER

A scheduling order having been entered on April 6, 2023,

The conference scheduled for April 20, 2023, at 2:30pm, is canceled..

**SO ORDERED.**

                                                                    **JOHN G. KOELTL**
                                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         April 10, 2023